UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED NEZAR ALI ABDULLA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>EMILIO T. GONZALEZ, in his capacity as Director, USCIS; ROSEMARY MELVILLE, District Director of USCIS, Dept of Homeland Security; ROBIN BARRETT, USCIS, in her official capacity as San Francisco Field Office Director,<br><br>　　　　　　Defendants. | 2:07-cv-02632-GEB-KJM<br><br>ORDER TO SHOW CAUSE AND CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

　　　　The December 7, Order Setting Status (Pretrial Scheduling) Conference (December 7 Order") scheduled a status conference in this case for March 31, 2008, and required the parties to file a joint status report no later than fourteen days prior to the status conference. The Order further required that a status report be filed regardless of whether a joint report could be procured.[1] No status

---

[1] As the Order states:

　　The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file

(continued...)

1

1  report was filed.

2  Plaintiff is Ordered to Show Cause (OSC) in a writing to be
3  filed no later than 4:00 p.m. on April 14, 2008, why sanctions should
4  not be imposed against him and/or his counsel under Rule 16(f) of the
5  Federal Rules of Civil Procedure for its failure to file a timely
6  status report.

7  Plaintiff's written response shall also explain whether
8  Plaintiff has effected service of process on Defendants Gonzalez,
9  Melville and Barrett.[2]  Further, if service of process has not been
10 completed on or before April 4, 2008, Plaintiff shall show cause why
11 this action should not be dismissed for failure to serve Defendants
12 within the 120-day time period prescribed by Rule 4(m).

13 The written response shall also state whether Plaintiff or
14 his counsel is at fault, and whether a hearing is requested on the
15 OSC.[3]  If a hearing is requested, it will be held on April 28, 2008,
16 at 9:00 a.m., just prior to the status conference, which is

---

[1](...continued)
a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

December 7 Order at 2 n.1.

[2]  As prescribed in the December 7 Order, Plaintiff was required to serve Defendants with a copy of the December 7 Order "[c]oncurrently with the service of process, or as soon thereafter as possible...."  December 7 Order at 1.

[3]  "If the fault lies with the attorney, that is where the impact of sanction should be lodged.  If the fault lies with the clients, that is where the impact of the sanction should be lodged."  Matter of Sanction of Baker, 744 F.2d 1438, 1442 (10th Cir. 1984), cert. denied, 471 U.S. 1014 (1985).  Sometimes the faults of attorneys, and their consequences, are visited upon clients.  In re Hill, 775 F.2d 1385, 1387 (9th Cir. 1985).

1 | rescheduled to that date.  In accordance with the requirements set
2 | forth in the December 7 Order, a status report shall be filed no later
3 | than April 14, 2008.
4 |      IT IS SO ORDERED.
5 | Dated:  March 26, 2008

```
                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```