UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MOHAMMED NEZAR ALI ABDULLA, )
                              )   2:07-cv-02632-GEB-KJM
            Plaintiff,        )
                              )   ORDER CONTINUING STATUS
     v.                       )   (PRETRIAL SCHEDULING)
                              )   CONFERENCE and FED. R. CIV.
EMILIO T. GONZALEZ, in his official)  P. 4(m) NOTICE
capacity as Director, USCIS;  )
ROSEMARY MELVILLE, District   )
Director of USCIS, Dept of Homeland)
Security; ROBIN BARRETT, USCIS, in )
her official capacity as San  )
Francisco Field Office Director, )
                              )
            Defendants.       )
_____ )

    Plaintiff's Status Report filed April 14, 2008, reveals this case is not ready to be scheduled.  Therefore, the Status (Pretrial Scheduling) Conference set for April 28, 2008, is continued to June 23, 2008, at 9:00 a.m.  A further joint status report shall be filed no later than 14 days prior to the status conference.[1]

    Further, Plaintiff is hereby notified that this action may be dismissed without prejudice under Federal Rule of Civil

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

Procedure ("Rule") 4(m) because of his failure to serve any Defendant within this Rule's 120 day service period.

If Plaintiff believes he has good cause to justify extension of Rule 4(m)'s 120-day service period for any Defendant not served within this time period, he shall file a declaration in which good cause is explained no later than May 1, 2008.

IT IS SO ORDERED.

Dated:  April 18, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge